```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                    :           DOC #:_____
TRUSTEES OF THE NEW YORK CITY DISTRICT              :           DATE FILED: 2/7/2020
COUNCIL OF CARPENTERS PENSION FUND,                 :
WELFARE FUND, ANNUITY FUND, AND                     :
APPRENTICESHIP, JOURNEYMAN RETRAINING,              :           19-cv-8352 (LL)
EDUCATIONAL AND INDUSTRY FUND; TRUSTEES             :
OF THE NEW YORK CITY CARPENTERS RELIEF              :              ORDER
AND CHARITY FUND; CARPENTER CONTRACTOR              :
ALLIANCE OF METROPOLITAN NEW YORK; THE              :
NEW YORK CITY DISTRICT COUNCIL OF                   :
CARPENTERS,                                         :
                              Petitioners,          X

        -v-

INTERSTATE SYNTHETIC TURF INSTALLATIONS,
INC.,
                              Respondent.

------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

WHEREAS this case was recently transferred to the undersigned, it is hereby

ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than February 21, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

Unless otherwise notified by the Court, all deadlines contained in any Scheduling Order or Case Management Plan will remain in effect notwithstanding the case's transfer. However, any previously scheduled conference is hereby ADJOURNED pending further notice from the Court.

Dated: February 7, 2020
      New York, New York

                                                   LEWIS J. LIMAN
                                            United States District Judge