UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/27/2020__
```

                        :

TRUSTEES OF THE NEW YORK CITY DISTRICT    :
COUNCIL OF CARPENTERS PENSION FUND, ET   :
AL,                                          :

                    Plaintiffs,              :           19-cv-8352 (LJL)

         -v-                              :

                                        :           ORDER

INTERSTATE SYNTHETIC TURF INSTALLATIONS, :
INC.,                                      :

                    Defendant.          :

                                        :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On February 21, 2020, the Court was informed that the parties reached a settlement in

principle in this case.  (Dkt. No. 18.)  Accordingly, it is hereby ORDERED that this action is

DISMISSED without costs and without prejudice to restoring the action to the Court's calendar,

provided the application to restore the action is made within thirty (30) days of this Order.  Any

application to reopen filed after thirty (30) days from the date of this Order may be denied solely

on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines

are CANCELLED.

      SO ORDERED.

Dated: April 27, 2020
      New York, New York                        LEWIS J. LIMAN
                                        United States District Judge